No. 4632.—Molina, apldo., *v.* Rodríguez, aplte.—C. D. San Juan. Junio 12, 1928. Vista la moción sobre desestimación que antecede, atendidas las manifestaciones hechas bajo juramento por el abogado del apelante en oposición a la misma, tendentes a explicar y justificar hasta cierto punto la negligencia excusable imputable a dicho abogado, y habiendo el apelante invocado la discreción de este tribunal y la doctrina establecida en los casos de *Alvarez* v. *National Fire Insurance Co.*, 36 D.P.R. 928 y la resolución de este tribunal de fecha 10 mayo de este año en el caso No. 4560, *Montañez* v. *Muñoz*—esta corte, en el ejercicio de su discreción, concede un nuevo término de treinta días a la parte apelante para radicar la transcripción de la evidencia en la secretaría de la corte inferior, a partir del 26 de mayo de 1928, quedando la Corte de Distrito de San Juan con plena jurisdicción para conceder las demás prórrogas que en tiempo y por justa causa haya solicitado y pueda solicitar el apelante, debiendo el dicho apelante imprimir a su trabajo y gestiones la mayor actividad posible.

No. 4634.—Monge, aplte., *v.* Osorio et al., apldos.—C. D. San Juan. Junio 12, 1928.

Por cuanto, aunque aparece claramente de los documentos acompañados a la moción en este caso que el taquígrafo de la corte inferior ha obtenido prórrogas hasta completar trescientos noventa días, es lo cierto también que todas esas prórrogas han sido solicitadas y obtenidas en tiempo, sin que ello acuse negligencia por parte de la apelante;

Por cuanto aparece de la documentación presentada por la apelante que el taquígrafo presentó en la corte la transcripción de la evidencia en 4 de junio de 1928;

Por tanto, no habiendo razones para creer que la apelante haya sido negligente, ni otra alguna que autorice la desestimación solicitada, se declara sin lugar la moción que a ese fin presentó la parte apelada.